# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL NO. 3:05-cv-00041-W

| | |
|---|---|
| MICHAEL H. MCGEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| JOHN W. TRACY, MD, and ) | |
| RANDOLPH FAMILY PRACTICE, ) | |
| PLLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER is before the Court on Defendants' Motion to Dismiss, or in the Alternative for Summary Judgment (Doc. No. 9). Because the Court considered matters outside the pleadings, the Motion to Dismiss was treat as a Motion for Summary Judgment pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. For the reasons stated in the oral ruling entered in open court on September 27, 2006, Defendants' Motion for Summary Judgment is GRANTED. The clerk is directed to close the case.

IT IS SO ORDERED.

Signed: September 29, 2006

Frank D. Whitney
United States District Judge